**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| CHRISTOPHER MARSHALL, JR. | CIVIL ACTION NO. 24-1742-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TERRANCE HAULCY[1], ET AL. | MAGISTRATE JUDGE HORNSBY |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29th day of April, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] It has come to the Court's attention that Defendant Terrance Haulcy's last name is misspelled in the Report & Recommendation. The correct spelling is "Haulcy" instead of "Hauley." The correct spelling is reflected in the Court's Judgment.